UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:11-cr-20-Oc-10TBS

DEMUNTRAY D. COX

ORDER

On March 8, 2012, at the commencement of a scheduled Suppression Hearing, the defendant advised the Court that he wished to address it regarding his attorney's continued representation. The Court conducted an ex parte proceeding to address defendant's concerns.

The Court construed the defendant's complaints as an ore tenus motion to discharge his attorney, Rick Carey. Upon due consideration and for the reasons discussed at the Ex Parte proceeding, defendant's ore tenus motion was and is hereby GRANTED. The Federal Public Defender's Office was and is relieved of any further representation of defendant. The Court appointed and appoints Michael W. Johnson, a member of the Criminal Justice Act Panel of the Middle District of Florida, as substitute counsel.

DONE AND ORDERED in Ocala, Florida, on this 9th day of March, 2012, nunc pro tunc March 8, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

United States Marshal
United States Attorney
United States Probation

United States Pretrial Services
Asst. Federal Public Defender
Michael W. Johnson, Esq.